UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE McDONNALL, | ) | CASE NO. ED CV 08-00486 (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

By Order Extending Briefing Schedule filed on September 29, 2008, Plaintiff's Memorandum in Support of Plaintiff's Complaint was due on October 22, 2008. The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be dismissed. If Plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The filing

/ / /

/ / /

/ / /

of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the
order to show cause.

DATED: November 3, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE  JUDGE